**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HYH'NES HIDIYAH BAKRI,<br><br>     Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., PRIME NOW, LLC,<br>JORDAN SPRAGUE, NANCY LOPEZ,<br>HANNAH NIRO, and ALYSSA<br>MCCORMICK,<br><br>     Defendants. | Civil Action No.  1:25-cv-12540-AK |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Daniel B. Klein of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendant Hannah Niro in connection with the above-captioned action.

DATED: May 26, 2026

Respectfully submitted,

By Its Attorneys,

*/s/ Daniel B. Klein*
Daniel B. Klein (BBO No. 638059)
dklein@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the Court's CM/ECF system. I also caused a true copy of the foregoing document to be sent to Plaintiff by email to carpeomnis@outlook.com.

*/s/ Daniel B. Klein*
Daniel B. Klein