**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HYH'NES HIDIYAH BAKRI,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., PRIME NOW, LLC, JORDAN SPRAGUE, NANCY LOPEZ, HANNAH NIRO, and ALYSA MCCORMICK,<br><br>Defendants. | Civil Action No.  1:25-cv-12540-AK<br><br>**LEAVE TO FILE GRANTED ON MAY 21, 2026** |

<u>**DEFENDANTS AMAZON.COM, INC. PRIME NOW, LLC, JORDAN SPRAGUE, HANNAH NIRO, AND ALYSA MCCORMICK'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT**</u>

Defendants Amazon.com, Inc. and Prime Now, LLC (together the "Corporate Defendants"), Jordan Sprague ("Sprague"), Hannah Niro ("Niro"), and Alysa McCormack ("McCormick") (collectively, "Defendants") hereby move to dismiss all claims in the above-captioned action against Sprague and McCormick pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Rule 12(b)(2)"), and Counts 1 through 7 and Counts 9, 10, and 14 of Plaintiff Hyh'nes Hidiyah Bakri's ("Plaintiff") Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)").

Plaintiff has failed to allege any facts that establish the Court has personal jurisdiction over Sprague and McCormick. Both Sprague and McCormick lived and worked in the State of Arizona during the relevant period and currently reside in the State of Arizona. The Amended Complaint admits that Sprague and McCormick are out-of-state defendants and lacks any factual allegations that would permit the Court to determine that Sprague and/or McCormick maintained minimum contacts with Massachusetts related to Plaintiff's claims sufficient to permit the Court to exercise

personal jurisdiction over them. Accordingly, the Court lacks personal jurisdiction over Plaintiff's claims against Sprague and McCormick, and the Court should dismiss them from this action altogether.

Further, the Court should dismiss the following claims pursuant to Rule 12(b)(6). Count 1 (general negligence), Count 2 (assault), Count 3 (negligent infliction of emotional distress), Count 4 (civil conspiracy), Count 5 (violation of the Massachusetts Civil Rights Act), and Count 6 (intentional infliction of emotional distress) are time-barred to the extent they are premised on acts which accrued prior to September 11, 2022. Additionally, Counts 1, 2, 3, and 6 are also barred by the exclusivity provision of the Massachusetts Workers' Compensation Act, M.G.L. c. 152, § 24. As alleged, Counts 4, 5, and 10 (wrongful termination based on violation of a public policy) are barred by the exclusivity provision of the Massachusetts Fair Employment Practices Act, M.G.L. c. 151B, § 9. Lastly, because the Complaint does not plead sufficient facts to sustain a claim under Counts 4, 5, 7 (discrimination under M.G.L. c. 151B), 9 (Age Discrimination in Employment Act), 10, and 14 (disparate impact under Title VII and M.G.L. c. 151B), the Court should dismiss these counts for failure to state a plausible claim for relief.

WHEREFORE, Defendants respectfully request that this Court dismiss Sprague and McCormick for lack of personal jurisdiction and dismiss Counts 1 through 7 and Counts 9, 10, and 14 as to all Defendants, with prejudice, and grant such other and further relief as the Court deems just and proper.

DATED: May 26, 2026                    Respectfully submitted,

DEFENDANTS AMAZON.COM, INC.,
PRIME NOW, LLC, JORDAN SPRAGUE,
HANNAH NIRO AND ALYSA
MCCORMICK

By their Attorneys,


/s/ Daniel B. Klein
Daniel B. Klein (BBO No. 638059)
dklein@seyfarth.com
Jeanette M. Piaget (BBO No. 707465)
jpiaget@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:   (617) 946-4800
Facsimile:    (617) 946-4801


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Daniel B. Klein, hereby certify that counsel for Defendants emailed Plaintiff on May 20, 2026 to notify her that Defendants intended to file this motion. On May 26, 2026, Plaintiff indicated that she opposes this motion. Thus, the parties were unable to resolve the issues presented in this motion.


/s/ Daniel B. Klein
Daniel B. Klein

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the Court's CM/ECF system. I also caused a true copy of the foregoing document to be sent to Plaintiff by email to carpeomnis@outlook.com.


*/s/ Daniel B. Klein*
Daniel B. Klein