Civil Action No.: **1:25−CV−12540−AK**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ___HANNAH NIRO___

was received by me on (date) ___5/19/26___ .

☒ I personally served the summons on the individual at (place) ___RESIDENCE___

_____ on (date) ___6/16/26___ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___220.52___ .

I declare under penalty of perjury that this information is true.

___6/17/26___
Date

_____
Server's Signature

___DUSM BOOTH___
Printed name and title

___1 COURTHOUSE WAY BOSTON, MA 02112___
Server's Address

Additional information regarding attempted service, etc: