UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS 22 AM 9: 40

| | |
|---|---|
| HYH'NES HIDIYAH BAKRI,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., PRIME NOW, LLC, JORDAN SPRAGUE, NANCY LOPEZ, HANNAH NIRO, and ALYSSA MCCORMICK,<br><br>Defendants. | Civil Action No: 1:25-cv-12540-AK |

## PLAINTIFF'S MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING AND FOR REMOTE APPEARANCES

The Plaintiff respectfully submits this motion requesting electronic filing access and remote appearance accommodations for the following reasons:

**1. Imminent Forced Relocation Due to Eastern Housing Actions:** The Eastern Housing Court will soon force an immediate cross-country relocation either through an illegal eviction or a constructive eviction. (Docket Number: 25H84SP005615. For details reference **Exhibit 1,** which consists of the Plaintiff's 9-page, June 24, 2026, Eastern Housing Court MOTION FOR RECUSAL.) An out-of-state relocation will make continued hand deliveries of filings and status conference appearances an absolute geographical impossibility.

**2. Severe Financial Hardship and Indigency:** The Plaintiff is operating under strict indigent status, and the extreme cost of cross-state travel for routine status conferences will not be possible.

Civil Case No: 1:25-cv-12540-AK - PLAINTIFF'S MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING AND FOR REMOTE APPEARANCES – 6.22.26

**3. Medical Necessity for Data-Shielding and Energy Conservation Under the ADA:** The ongoing, systemic retaliation by Jade Dennis (Jade Cruz) of Cruz Management Company, an agent of the YMCA of Greater Boston (Case Number: 1:25-cv-12807-IT), with the help of the Eastern Housing Court in two separate cases—one of which is a retaliatory and illegal Summary Process case (Docket Number: 25H84SP005615) and the other a complaint and preliminary injunction citing the alleged violation of a criminal law (Docket Number 26H84CV000301)—requires the Plaintiff to protect her fundamental health, while shielding herself from invasive, in-person data-harvesting traps.

**Conclusion:** To prevent filing disruptions and administrative delays when electronic access becomes a logistical necessity, the Plaintiff respectfully requests that this Court:

1. Grant the Plaintiff leave to register for electronic filings to avoid physical mail delays;

2. Order that all status conferences, motion hearings, and scheduling conferences be conducted remotely via Zoom telephonic conference; and

3. If the Court schedules a trial, provide at least thirty (30) days' advance notice to accommodate the substantial financial and logistical planning required to travel back to the district across many states.

At present, the Plaintiff is still able to hand-deliver documents to the Court, but is submitting this request in advance to ensure uninterrupted access to the record when access becomes necesssary.

**DATE:** June 22, 2026

Respectfully submitted,

/s/ Hyh'nes Hidiyah Bakri

2/3

**Civil Case No: 1:25-cv-12540-AK – PLAINTIFF'S MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING AND FOR REMOTE APPEARANCES – 6.22.26**

67 Newbury Street

Boston, MA, 02116

6173087944

carpeomnis@outlook.com

## PLAINTIFF'S VERIFIED DECLARATION

I, Hyh'nes Bakri, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am the pro se Plaintiff in this action.

2. I have personally prepared and reviewed this document.

3. Every factual allegation, timeline, statement of events, and exhibit attached to or contained within this filing is completely true and correct to the best of my personal knowledge, information, and belief.

Executed on the 22nd day of June, 2026.

Hyh'nes Bakri

## CERTIFICATE OF SERVICE

I hereby certify that this **PLAINTIFF'S MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING AND FOR REMOTE APPEARANCES** was filed with the Clerk of the United States District Court for the District of Massachusetts on June 22, 2026. Copies were emailed on June 22, 2026, to Attorney's Daniel Klein and Jeanette Piaget at Seyfarth Shaw, LLP, Seaport East, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210-2028.

3/3

**Civil Case No: 1:25-cv-12540-AK - PLAINTIFF'S MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING AND FOR REMOTE APPEARANCES – 6.22.26**