**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HYH'NES HIDIYAH BAKRI,<br><br>      Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., PRIME NOW, LLC,<br>JORDAN SPRAGUE, NANCY LOPEZ,<br>HANNAH NIRO, and ALYSA<br>MCCORMICK,<br><br>      Defendants. | Civil Action No.  1:25-cv-12540-AK |

**DEFENDANTS AMAZON.COM, INC., PRIME NOW, LLC, JORDAN SPRAGUE, HANNAH NIRO, AND ALYSA MCCORMICK'S MOTION FOR LEAVE TO FILE REPLY**

Defendants Amazon.com, Inc. ("Amazon"), Prime Now, LLC ("Prime Now") (together the "Corporate Defendants"), Jordan Sprague ("Sprague"), Hannah Niro ("Niro"), and Alysa McCormick ("McCormick") (collectively, "Defendants"), by and through counsel, respectfully move this Court for leave to file its Reply in Support of Its Motion to Partially Dismiss Plaintiff's Amended Complaint out of time. In support of this Motion, Defendants state as follows:

1.     On May 26, 2026, Defendants filed their Motion to Partially Dismiss Plaintiff's Amended Complaint. ECF Nos. 63-64.

2.     Plaintiff filed her opposition to Defendant's Motion to Partially Dismiss on June 1, 2026. ECF No. 65.

3.     Pursuant to the Court's Standing Order on Motion Practice, Defendants' reply brief was due on June 8, 2026.

4.     Due to an inadvertent calendaring and internal tracking oversight by counsel, Defendants did not file their reply brief by the deadline.

5.     The missed deadline was not the result of bad faith, intentional delay, or disregard of the Court's rules or orders. Rather, it was an isolated and unintentional oversight.

6.     Upon discovering the missed deadline, Defendants acted promptly to address the issue and now seek leave to file its reply brief.

7.     Defendants respectfully submit that good cause exists to permit the late filing. The delay was inadvertent and limited; Defendants have acted promptly to cure the oversight; and Plaintiff will not suffer undue prejudice if the Court permits the filing.

8.     Permitting Defendants to file their reply brief will also assist the Court by allowing Defendants to respond to the arguments raised in Plaintiff's opposition and ensure that the issues presented by the Motion to Partially Dismiss are fully briefed.

9.     Defendant's proposed reply brief is attached hereto as Exhibit A and can be filed immediately upon the Court's granting of this Motion.

10.     This is the first time undersigned counsel has sought relief of this nature in this matter, and counsel has taken steps to ensure that this type of oversight does not recur.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and allow Defendants to file its Reply in Support of its Motion to Partially Dismiss the Amended Complaint out of time, and grant such other and further relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for Defendants certify that, in the morning of July 8, 2026, Plaintiff was contacted via email with regard to counsel's intention to file this motion. Plaintiff indicated that she does not assent to this motion. Thus, the parties were unable to resolve the issues presented in this motion.

2

DATED: July 8, 2026

Respectfully submitted,

DEFENDANTS
AMAZON.COM, INC., PRIME NOW, LLC,
JORDAN SPRAGUE, HANNAH NIRO AND
ALYSA MCCORMICK

By their Attorneys,


*/s/ Daniel B. Klein*

Daniel B. Klein (BBO No. 638059)
dklein@seyfarth.com
Jeanette M. Piaget (BBO No. 707465)
jpiaget@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 8, 2026, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the Court's CM/ECF system, for which the Court approved Plaintiff on June 22, 2026.

*/s/ Daniel B. Klein*
Daniel B. Klein
