# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

2026 JUL -9  AM 10: 10

|  |  |
|---|---|
| HYH'NES HIDIYAH BAKRI,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMAZON.COM, INC., PRIME NOW, LLC, JORDAN SPRAGUE, NANCY LOPEZ, HANNAH NIRO, and ALYSSA MCCORMICK,**<br><br>**Defendants.** | **Civil Action No: 1:25-cv-12540-AK** |

## OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF

The pro se Plaintiff, Hyh'nes Hidiyah Bakri, respectfully requests that this Court **DENY** the Defendants' motion for leave to file a reply brief in support of their Motion to Dismiss. In support, the Plaintiff states:

**1. The Same-Day Notice:** Regarding the Defendants' 11:47 AM, July 8, 2026, emailed request to assent to a motion to dismiss the amended complaint by 4:00 PM on the same day, the Plaintiff did not assent and does not assent. **(Exhibit 1.)**

**2. The Defendants Have Already Argued Their Points:** The pro se Plaintiff filed her Opposition over a month ago, on June 1, 2026. She has diligently met all of her deadlines and hand-delivered all of her filings—all while navigating two highly volatile retaliatory cases in the Eastern Housing Court, a Boston Municipal Court Criminal show-cause hearing, and a case in this Court, against multiple Defendants and attorneys.

**3. The Timeline Rules:** The Defendants chose to wait over a month after the Plaintiff's June 1, 2026, Opposition to suddenly decide they want to file another brief, after requesting additional pages for the brief that has already been submitted, and after the Plaintiff made it clear in her June 22, 2026, filing that she is preparing to move to another region of the country.

**4. No Good Cause Shown:** The Defendants have failed to show any exceptional circumstances or good cause justifying their request.

**PRAYER FOR RELIEF:** The Plaintiff respectfully requests that this Court:

**1. DENY** the Defendants' motion for leave to file another reply;

**2. DENY** the Defendants' pending Motion to Dismiss; and

**3.** Unless the case is dismissed, **ORDER** that this matter proceed immediately to the next phase.

**DATE:** July 9, 2026

Respectfully submitted,

/s/ Hyh'nes Hidiyah Bakri

67 Newbury Street

Boston, MA, 02116

6173087944

carpeomnis@outlook.com

2/3

## PLAINTIFF'S VERIFIED DECLARATION

I, Hyh'nes Bakri, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am the pro se Plaintiff in this action.

2. I have personally prepared and reviewed this document.

3. Every factual allegation, timeline, statement of events, and exhibit attached to or contained within this filing is completely true and correct to the best of my personal knowledge, information, and belief.

Executed on the 9th day of July, 2026.

Hyh'nes Bakri

## CERTIFICATE OF SERVICE

I hereby certify that this **OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF** was filed with the Clerk of the United States District Court for the District of Massachusetts on July 9, 2026. Copies were emailed by July 11, 2026, to Attorney's Daniel Klein and Jeanette Piaget at Seyfarth Shaw, LLP, Seaport East, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210-2028.